**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

TAU CETI VENTURES LLC,

Plaintiff

v.

HP INC.

Defendant

Civil Action No. 1:26-cv-00716-RP

**JURY TRIAL DEMANDED**

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to the Court's Order requiring the parties to submit an Agreed Scheduling Order with dates certain in Paragraphs 9 through 14 and Federal Rule of Civil Procedure 16, Plaintiff Tau Ceti Ventures LLC and Defendant HP Inc. jointly move for entry of the Agreed Scheduling Order attached as Exhibit A.

Respectfully submitted,

Dated: September 9, 2026

/s/ *Mark D. Siegmund*

Mark D. Siegmund
TX Bar No. 24117055
msiegmund@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC
7901 Fish Pond Rd., 2nd Floor
Waco, Texas 76710
Telephone: (254) 732-2242
Facsimile: (866) 627-3509

Jae Y. Pak (*pro hac vice admitted*)
pak@ls3ip.com
Sean M. Sullivan (*pro hac vice to be filed*)
sullivan@ls3ip.com
Cole B. Richter (*pro hac vice to be filed*)
richter@ls3ip.com
Michael P. Boyea (*pro hac vice to be filed*)
boyea@ls3ip.com
Andrew Gerla (*pro hac vice to be filed*)
gerla@ls3ip.com

LEE SULLIVAN SHEA & SMITH LLP
656 West Randolph Street, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002
Fax: (312) 754-0003

*Attorneys for Plaintiff*
*Tau Ceti Ventures LLC*

/s/ *Vivian S. Kuo*

Vivian S. Kuo (*pro hac vice admitted*)
GREENBERG TRAURIG, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
Telephone: (202) 331-3158
Facsimile: (202) 331-3100
kuov@gtlaw.com

Elana B. Araj (*pro hac vice to be filed*)
Jonathan Presvelis (*pro hac vice to be filed*)
GREENBERG TRAURIG, LLP
One Vanderbilt Ave
New York, NY 10017
Telephone: (212) 801-6566
Facsimile: (212) 801-9200
elana.araj@gtlaw.com
presvelisj@gtlaw.com

Zachary H. Ellis
GREENBERG TRAURIG, LLP
2021 McKinney Ave
Suite 2000
Dallas, TX 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601
zak.ellis@gtlaw.com

*Attorneys for Defendant HP Inc.*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on September 9, 2026.

*/s/ Mark D. Siegmund*
Mark D. Siegmund